IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

CHARLIE E. WILLIAMSON,

    Petitioner,

v.

WALTER DINWIDDIE, Warden,

    Respondent.

Case No. CIV-06-184-RAW

## ORDER

On April 28, 2009, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be, in all respects, dismissed. Petitioner filed an Objection on May 12, 2009. After a *de novo* review, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. As a result, Petitioner's objections to the Report and Recommendation are overruled.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 17th day of June, 2009.

**Dated this 17th Day of June 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0