# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED JUL 1 3 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

CHARLIE E. WILLIAMSON, )
)
Petitioner, )
)
v. ) No. CIV 06-184-RAW-KEW
)
WALTER DINWIDDIE, Warden, )
)
Respondent. )

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered June 17, 2009, denying his petition for a writ of habeas corpus. After a careful review of the record the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds that petitioner has not "demonstrate[d] that reasonable jurists would find [this] court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

ACCORDINGLY, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 13th day of July 2009.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE